UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

Charles Stringer, §
　　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
versus §　　Civil Action H-11-1085
　　　　　　　　　　　　　　　　§
Ed Peters, et al., §
　　　　　　　　　　　　　　　　§
　　　　Defendants. §

## Opinion on Dismissal

The Court of Appeals did not understand a record that included two things: an order that said, "[f]or a variety of reasons, including res judicata and want of jurisdiction, this complaint is dismissed with prejudice;" and a sixty-three page complaint. A casual glance at it reveals its manifest lunacy.

Charles Stringer sued under at least ten statutes, from stalking to the Racketeer Influenced and Corrupt Organizations Act, against thirty-nine defendants. These include:

- Six district attorneys and their assistants;
- Six private attorneys;
- Seven police officers and one FBI agent;
- Three Hinds County Court judges and their clerk;
- Two workers for the Texas Attorney General;
- Two federal judges;
- One municipal court judge;
- An Assistant Attorney General of Mississippi and a worker there
- The governor of Mississippi;
- The mayor of Jackson, Mississippi;
- The director of Mississippi's Bureau of Narcotics and one of his agents;
- Stringer's former girlfriend;
- Ten unknown border patrol agents; and, most bizarrely,

- An "unknown drug agent, acting as his biological son."

In Stringer's general complaint, he requests both procedural and specific relief. He asks for:

1. The court to appoint him an attorney;
2. The FBI and Marshals to find and serve the defendants;
3. Seizure of the defendants' assets;
4. Compensation for stolen funds;
5. Statutory compensation; and
6. An injunction preventing the defendants from spying on him.

Stringer describes near data, but he does not have facts that are recognizable as a claim at law under the most generous reading. It cannot be amended to cure what is completely irrational. The court dismisses this case with prejudice.

Signed on March 21, 2012, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge

| Name | Position | Date |
| --- | --- | --- |
| Ed Peters | District Attorney, Hinds County, Mississippi | 1987 |
| Bobby DeLaughter | Assistant District Attorney, Hinds County | 1988 |
| Charles Knauss | Criminal Attorney | 1988 |
| Charles Hedgepeth | Hinds County Assistant District Attorney | 1987 |
| Henry Clay, III | Mississippi Assistant Attorney General | 1988 |
| William Allain | Governor of Mississippi | 1987 |
| Carman Castilla | Office of the Texas Attorney General, worker | 1988 |
| Tommy Mayfield | Attorney in Jackson, Mississippi | |
| Barbara Dunn | Clerk, Hinds County Circuit Court | 1988 |
| Breland Hilburn | Hinds County Circuit Judge | 1988 |
| Richard Seavey | Police officer, Jackson, Mississippi | 1988 |
| Mary Spikes | Office of the Mississippi Attorney General, worker | 1988 |
| William Garner | Police officer | 1988 |
| Bob Campbell | Police officer | 1988 |
| William Coleman | Hinds County Court Judge | 1988 |
| Lloyd Paxton | Police officer | 1988 |
| J.D. Savelle | Police officer | 1988 |
| W. E. Patterson | Police officer | 1988 |
| Jerry Barrett | Police officer | 1988 |
| Thomas Low, Jr. | Appellate attorney | 1988 |

| Behm Bell | Assistant District Attorney, Hinds County | 1987 |
|---|---|---|
| Henry Wingate | United States District Judge, Jackson, Mississippi, who was a Hinds County District Attorney | 1988 |
| James C. Sumner | United States Magistrate Judge, Jackson, Mississippi | 1988 |
| Cynthia Stewart | Court-appointed attorney | 1988 |
| Francisco Medina | Hired attorney | 1988 |
| Merrida P. Coxwell | Hired attorney | 1988 |
| William Barnett | Hinds County Court Judge | 1988 |
| Linda Anderson | United States Magistrate Judge, Jackson, Mississippi, who was a Hinds County Assistant District Attorney | 1987 |
| Dennis Miller | Former FBI agent | 1987 |
| Chalme Koenig | Mississippi Bureau of Narcotics Agent | 1987 |
| Marshall Fisher | Director of Mississippi Bureau of Narcotics | 2005-present |
| Lee B. Agnew | Municipal Court Judge, Terry, Mississippi | current |
| Stephanie Martinez | Office of the Texas Attorney General, worker | 2008; 2010 |
| Estella Lee Hernandez | Stringer's girlfriend | 1988 |
| Ken Dawson | United States District Judge, Las Vegas, Nevada | 2010 |
| Unknown Drug Agent | Acting as Stringer's biological son, Joseph Michael Stephens | since 2009 |
| Harvey Johnson | Mayor of Jackson, Mississippi | since 1999 |

| | | |
|---|---|---|
| Ken Gibson | Texas Assistant District Attorney, El Paso, Texas | 2011 |
| Ten unknown border patrol agents | | |